IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,
        Petitioner,
   v.                                **Judgment in a Civil Case**
HERBERT OVERTON,
        Respondent.             Case Number: 5:11-HC-2183-BR

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge, for a hearing on the Government's Certificate of Mental Disease or Defect and Dangerousness pursuant to 18 U.S.C. § 4246.

**IT IS ORDERED AND ADJUDGED** that the respondent be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4246.

This Judgment Filed and Entered on December 5, 2011, with service on:
David Huband, (via CM/ECF Notice of Electronic Filing)
Joseph Gilbert, (via CM/ECF Notice of Electronic Filing)
Record Center, FMC-Butner P.O. Box 1600, Butner, NC 27509 (via U.S. Mail)

December 5, 2011                              /s/ Dennis P. Iavarone
                                                              Clerk